

# Fourth Court of Appeals
## San Antonio, Texas

July 5, 2018

No. 04-18-00184-CV

**IN THE INTEREST OF M.W., A CHILD,**

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA00474
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Brief is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court